# United States Court of Appeals
### For The District of Columbia Circuit

———

**No. 22-5235**                  **September Term, 2024**

1:04-cv-00814-RCL

**Filed On: September 27, 2024** [2077141]

Roger Hall and Studies Solutions Results, Inc.,

        Appellees

Accuracy in Media,

        Appellant

    v.

Central Intelligence Agency,

        Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 11, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Millett, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 1, 2024.

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

              BY:     /s/
                          Michael C. McGrail
                          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)